No. 157.  HARRY KELLMAN *v.* CITY OF ST. LOUIS.  Error
to the Supreme Court of the State of Missouri.  Motion
to dismiss submitted October 22, 1923.  Decided November 12, 1923.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of *Bailiff* v. *Tipping,* 2 Cranch,
406; *Brown* v. *Union Bank,* 4 How. 465, 466; *Hogan* v.
*Ross,* 9 How. 602, 603; *Insurance Co.* v. *Mordecai,* 21 How.
195, 201; *Kitchen* v. *Randolph,* 93 U. S. 86, 87; *United*
*States* v. *Phillips,* 121 U. S. 254.  *Mr. George F. Haid,* for
defendant in error, in support of the motion.  *Mr. Wm. L.*
*Bohnenkamp* and *Mr. George Eigel* appeared for plaintiff
in error.

No. —, Original.  *Ex parte:*  IN THE MATTER OF L.
SANTIAGO CARMONA ET AL., PETITIONERS.  Submitted November 12, 1923.  Decided November 19, 1923.  Motion
for leave to file petition for a writ of mandamus herein
denied.  *Mr. F. Granville Munson* and *Mr. Grant T.*
*Trent* for petitioners.